

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| SHEILA TAYLOR, | § | No. 08-15-00206-CV |
| Appellant, | § | Appeal from |
| v. | § | County Court at Law No. 4 |
| WELLS FARGO BANK NATIONAL ASSOCIATION AS TRUSTEE FOR OPTION ONE MORTGAGE LOAN TRUST 2006-3, ASSET-BACKED CERTIFICATES, SERIES 2006-3, | § § § | of Dallas County, Texas (TC # CC-15-01666-D) |
| Appellee. | § | |

## **MEMORANDUM OPINION**

This appeal is before the Court on its own motion to determine whether it should be dismissed for want of prosecution. Finding that Appellant, Sheila Taylor, has failed to pay the case filing fee, and further finding that the clerk's record has not been filed due to the fault of the Appellant, we dismiss the appeal for want of prosecution.

The trial court entered the judgment on April 24, 2015 and Appellant timely filed notice of appeal. Appellant did not, however, pay the case filing fee of $195 or establish that she is indigent in accordance with TEX.R.APP.P. 20.1. On July 15, 2015, the Clerk of the Court sent Appellant a second request for payment of the case filing fee. The letter also notified Appellant that failure to pay the case filing fee within twenty days could result in dismissal of the appeal

for want of prosecution pursuant to TEX.R.APP.P. 42.3(b) and (c). Appellant has not paid the filing fee or otherwise responded to our notice.

On August 31, 2015, the Clerk notified Appellant that her brief was past due and no motion for extension of time had been filed. The letter advised Appellant that the Court intended to dismiss the appeal for want of prosecution unless Appellant responded within ten days and showed grounds for continuing the appeal. *See* TEX.R.APP.P. 38.8(a)(1); TEX.R.APP.P. 42.3. Neither the brief nor a motion for extension of time in which to file the brief has been filed. We therefore dismiss the appeal for want of prosecution due to Appellant's failure to pay the case filing fee or file her brief. *See* TEX.R.APP.P. 5, 38.8(a)(1), 42.3(b), (c).

November 5, 2015

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.